# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG | : | CASE NO.: 1-20-03462 |
| | : | |
| Debtor(s) | : | CHAPTER 13 |

## DEBTOR'S AFFIDAVIT OF DISBURSEMENT OF TRUSTEE FUNDS
## UPON DISMISSAL AND/OR CONVERSION OF CASE
## PRIOR TO CONFIRMATION

If my case is dismissed and/or converted to a Chapter 7 prior to confirmation of my Chapter 13 Plan, I, DUNG TRUNG DUONG, the Debtor in the above-captioned case, hereby assigns to my attorney, Charles E. Petrie, Esquire, the funds held in trust by the Standing Chapter 13 Trustee, Charles J. DeHart, III, pursuant to the Chapter 13 Plan sufficient to pay the outstanding balance of attorney fees and hereby authorize the said Trustee to pay said funds to Charles E. Petrie, Esquire. The balance, if any, will be paid to the debtor.

Date: 12/21/2020  /s/Dung Trung Duong
DUNG TRUNG DUONG