In re:  
Dung Trung Duong  
    Debtor

Case No. 20-03462-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 11, 2021     Form ID: ntcnfhrg     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| 5377922 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5380241 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5383059 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5377924 | + | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5377926 | + | EBF PARTNERS, LLC, ARIEL BOUSKILA ESQ, 40 EXCHANGE PL STE 1306, NEW YORK, NY 10005-2743 |
| 5377927 | + | HIGH SPEED CAPITAL LLC, 30 BROAD STREET, 14TH FL STE 1462, NEW YORK, NY 10004-2304 |
| 5377929 | | ITRIA VENTURES LLC, RAYMOND WENDOLOWSKI JR, STE 2200 GULF TOWER, PITTSBURGH, PA 15219 |
| 5377930 | + | KML LAW GROUP OC, STE 5000 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5377931 | + | LG FUNDING LLC, GENE W ROSEN ESQ, 147-10 77TH AVENUE, KEW GARDENS HILLS, NY 11367-3124 |
| 5377932 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 5377933 | | M&T BANK, PO BOX 9000, MILLSBORO, DE 19966 |
| 5377934 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5377935 | + | MELANIE SILVER, 3956 CHESTNUT STREET, HARRISBURG, PA 17109-2223 |
| 5377936 | + | MICHAEL & TU ANH NGUYEN, JOSEPH QUINONES ESQ, 112 MARKET ST 6TH FLOOR, HARRISBURG, PA 17101-2015 |
| 5377940 | + | TIEN NGUYEN, 689 LUIS MARIN BLVD UNIT 905, JERSEY CITY, NJ 07310-1258 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 19:27:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5377923 | + | Email/Text: bkdept@cancapital.com | Feb 11 2021 19:26:00 | CAN CAPITAL INC, 2015 VAUGHN RD BLDG 500, KENNESAW, GA 30144-7831 |
| 5382635 | + | Email/Text: bkdept@cancapital.com | Feb 11 2021 19:26:00 | CAN Capital Merchant Services, Inc., 2015 Vaughn Road, Building 500, Kennesaw, GA 30144-7831 |
| 5377924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2021 19:44:50 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5377925 | + | Email/Text: mrdiscen@discover.com | Feb 11 2021 19:27:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5377928 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2021 19:27:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5383478 | | Email/Text: camanagement@mtb.com | Feb 11 2021 19:27:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-08 |
| 5377937 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 19:27:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5377938 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2021 19:27:00 | PNC BANK, 2730 LIBERTY AVENUE, |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | PITTSBURGH, PA 15222 |
| 5379012 | + | Email/Text: colleen.atkinson@rmscollect.com | Feb 11 2021 19:28:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5378234 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 19:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5377939 | + | Email/Text: colleen.atkinson@rmscollect.com | Feb 11 2021 19:28:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | COMMONWEALTH OF PA - UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS ST, ROOM 925, HARRISBURG, PA 17121-0751 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles E. Petrie | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dung Trung Duong,
dba D−Nails,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−03462−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 24, 2021  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 11, 2021 |

ntcnfhrg (03/18)