United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 20-03462-HWV
Dung Trung Duong     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 07, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

**Recip ID**     **Recipient Name and Address**
+   Trang T. Pham, 4226 Prosperous Drive, Harrisburg, PA 17112-6000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles E. Petrie
    on behalf of Creditor M&T BANK petriebkcy@aol.com

Charles E. Petrie
    on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Jenna Anne Ratica
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov

Rebecca Ann Solarz
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dung Trung Duong dba D-Nails<br>    Debtor<br><br>M&T Bank<br>    Movant<br>vs.<br>Dung Trung Duong dba D-Nails<br>    Debtor<br><br>Trang T. Pham<br>    Co-Debtor<br><br>Charles J. DeHart, III, Esquire<br>    Trustee | CHAPTER 13<br><br><br>NO. 20-03462 HWV<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: April 7, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)