UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DUNG TRUNG DUONG             :  CHAPTER 13
            Debtor(s)                          :
                                                    :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE  :
            Movant                            :
                                                    :
            vs.                                 :
                                                    :
        DUNG TRUNG DUONG             :
            Respondent(s)                     :  CASE NO.  1-20-bk-03462


TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

        AND NOW, this  2nd  day of June, 2021, comes Jack N. Zaharopoulos, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the
following reason(s):

        1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.

        2.  Trustee further objects to debtor(s)' plan subject to debtor(s) providing to the
Trustee a Business Debtor Certification and copies of all necessary and related documents which
will enable the Trustee to file his Business Examination Report with the Court pursuant to Sections
1302(c), Section 1106(a)(3) and Section 1106(a)(4) of the Bankruptcy Code.   More specifically,
Trustee requires the submission of the following:

        a.  Certification of business debtor. (Third request)
        b.  Insurance policies for:

            a) Business liability
            b) Workman's compensation liability.

        c.  Employers' quarterly payroll tax returns.   If applicable, copies
            of the bank statements for six months preceding the filing.
        d.  Copy of bank statements for six months preceding the filing of
            the petition.

        3.  Statement of Financial Affairs lacks description.   (Lines 4 and 27)

4.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a.  Unfiled/unassessed 1, 2 and 3Q20 Federal FICA tax returns (Claim #6).

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of debtor(s) plan.
   b.  Dismiss or convert debtor(s) case.
   c.  Provide such other relief as is equitable and just.

   Respectfully submitted:

   Jack N. Zaharopoulos
   Standing Chapter 13 Trustee
   8125 Adams Drive, Suite A
   Hummelstown, PA 17036
   (717) 566-6097

BY:       /s/James K. Jones
          Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 2nd day of June, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA   17111

          /s/Deborah A. Behney
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee