UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DUNG TRUNG DUONG | : | |
| Respondent(s) | : | CASE NO.   1-20-bk-03462 |

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this   26th   day of August, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. Trustee further objects to debtor(s)' plan subject to debtor(s) providing to the Trustee a Business Debtor Certification and copies of all necessary and related documents which will enable the Trustee to file his Business Examination Report with the Court pursuant to Sections 1302(c), Section 1106(a)(3) and Section 1106(a)(4) of the Bankruptcy Code.   More specifically, Trustee requires the submission of the following:

   a.  Certification of Business Debtor. (Fourth request)

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a.  Unfiled/unassessed 1, 2 and 3Q20 Federal FICA tax returns (Claim #6).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

BY:        /s/James K. Jones
          Attorney for Trustee

## CERTIFICATE OF SERVICE

      AND NOW, this 26th day of August, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA 17111

          /s/Deborah A. Behney
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee

Case 1:20-bk-03462-HWV    Doc 46    Filed 08/26/21    Entered 08/26/21 12:02:43    Desc
Main Document      Page 2 of 2