# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DUNG TRUNG DUONG, | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | CASE NO. 20-03462-HWV |
| | ) | |

## BUSINESS EXAMINATION REPORT

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

1.    The Trustee's office has conducted a § 341 Meeting of Creditors and a business examination, which consisted of a review of the Petition, Schedules A-J, Statement of Financial Affairs and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit A, attachments to the Exhibit omitted).

2.    The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

3.    Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of the Debtor(s), or to a cause of action available to the estate.

Respectfully submitted this 3rd day of November, 2021.

/s/ Jack N. Zaharopoulos
Jack N. Zaharopoulos
Chapter Standing 13 Trustee
8125 Adams Dr., Ste. A
Hummelstown, PA 17036
(717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

              :   CASE NO:

              :

              :   CERTIFICATION OF BUSINESS

Debtor(s)        :   DEBTOR

I, __DUNG T. DUONG__ being of full age and duly sworn upon my oath depose and say:

1. The principal business activity in which I am engaged is __OWNER__.

2. The name under which I conduct my business is __D-NAILS__, which business entity is a sole proprietorship.

3. My principal business location is __2013 LINGLESTOWN ROAD HARRISBURG PA 17110__

4. I have __2__ employees and have filed quarterly tax returns through the quarter ending __09/2021__.

5. I have filed the federal income tax returns through the year ending December 31, __2020__ with the Internal Revenue Service. Copies of the federal income tax returns along with supporting schedules for the last two years are attached.

6. I have filed the state income tax returns with the Commonwealth of Pennsylvania through the year ending December 31, __2020__ Copies of the state income tax returns along with supporting schedules for the last two years are attached.

7. I have reviewed and completed the attached form regarding insurance coverage and certify that the information is true and correct. I have attached copies of the insurance policies as proof of coverage.

8. I am (am not) required to have a license to do business. A copy of my current license is attached.

9. My principal business records are located at __2013 LINGLESTOWN ROAD HARRISBURG PA 17110__ The records are available for inspection by the Trustee or his designated representative.

10. My principal business banking relationship is with __PNC BANK__. Copies of my bank statements for the six months preceding bankruptcy are attached.

Exhibit A

11. Copies of financial statements furnished to a third party within two years preceding the filing of the petition including but not limited to balance sheet, income statement and cash flow statement are attached.    *None*

12. Monthly profit and loss statements for the six months preceding the filing of bankruptcy are attached.

13. Current schedule of accounts receivable and accounts payable are attached.

14. I have prepared the attached financial statement indicating the results of my first full calendar month of business operation following the filing of this case.

15. The name and address of my accountant, bookkeeper or tax preparer is
*KELLY HUGHES 5721 JONESTOWN ROAD HARRISBURG PA 17112*

This certification and all attachment are provided to the Standing Chapter 13 Trustee in accordance with Section 1302(c) of the United States Bankruptcy Code.

*10/12/21*
Date

_____
Debtor

_____
Joint Debtor