United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dung Trung Duong  
    Debtor

Case No. 20-03462-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 09, 2021      Form ID: ordsmiss      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| 5380241 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5383059 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 5377926 | + | EBF PARTNERS, LLC, ARIEL BOUSKILA ESQ, 40 EXCHANGE PL STE 1306, NEW YORK, NY 10005-2743 |
| 5377927 | + | HIGH SPEED CAPITAL LLC, 30 BROAD STREET, 14TH FL STE 1462, NEW YORK, NY 10004-2304 |
| 5377929 | | ITRIA VENTURES LLC, RAYMOND WENDOLOWSKI JR, STE 2200 GULF TOWER, PITTSBURGH, PA 15219 |
| 5377930 | + | KML LAW GROUP OC, STE 5000 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5377931 | + | LG FUNDING LLC, GENE W ROSEN ESQ, 147-10 77TH AVENUE, KEW GARDENS HILLS, NY 11367-3124 |
| 5377932 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 5429894 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5377933 | | M&T BANK, PO BOX 9000, MILLSBORO, DE 19966 |
| 5377934 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5377935 | + | MELANIE SILVER, 3956 CHESTNUT STREET, HARRISBURG, PA 17109-2223 |
| 5377936 | + | MICHAEL & TU ANH NGUYEN, JOSEPH QUINONES ESQ, 112 MARKET ST 6TH FLOOR, HARRISBURG, PA 17101-2015 |
| 5377940 | + | TIEN NGUYEN, 689 LUIS MARIN BLVD UNIT 905, JERSEY CITY, NJ 07310-1258 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: PENNDEPTREV | Dec 09 2021 23:43:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5377922 | | EDI: BANKAMER.COM | Dec 09 2021 23:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5377923 | + | Email/Text: bkdept@cancapital.com | Dec 09 2021 18:37:00 | CAN CAPITAL INC, 2015 VAUGHN RD BLDG 500, KENNESAW, GA 30144-7831 |
| 5382635 | + | Email/Text: bkdept@cancapital.com | Dec 09 2021 18:37:00 | CAN Capital Merchant Services, Inc., 2015 Vaughn Road, Building 500, Kennesaw, GA 30144-7831 |
| 5377924 | + | EDI: CITICORP.COM | Dec 09 2021 23:43:00 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5377925 | + | EDI: DISCOVER.COM | Dec 09 2021 23:43:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5377928 | | EDI: IRS.COM | Dec 09 2021 23:43:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5383478 | | Email/Text: camanagement@mtb.com | Dec 09 2021 18:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-08 |
| 5377937 | | EDI: PENNDEPTREV | Dec 09 2021 23:43:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5377937 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5377938 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2021 18:37:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5379012 | + | Email/Text: joey@rmscollect.com | Dec 09 2021 18:37:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5378234 | | EDI: PENNDEPTREV | Dec 09 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5378234 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5377939 | + | Email/Text: joey@rmscollect.com | Dec 09 2021 18:37:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | COMMONWEALTH OF PA - UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS ST, ROOM 925, HARRISBURG, PA 17121-0751 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles E. Petrie | on behalf of Creditor M&T BANK petriebkcy@aol.com |
| Charles E. Petrie | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jenna Anne Ratica | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue jratica@attorneygeneral.gov ARC-Court-MiddleDistrict@attorneygeneral.gov |

Rebecca Ann Solarz            on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

United States Trustee            ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Dung Trung Duong, dba D−Nails, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−03462−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 9, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)